528AJ2400143

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NY52 | 9779085 | BRIAN DAVIS | 1627 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 11/15/2023 1950
**Offense Charged:** ☐ CFR ☒ USC ☐ State Code
18 USC 113(a)(5)

**Place of Offense:** Syracuse VAMC 13210, 800 Irving Ave Syracuse NY

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Simple Assault By Striking

### DEFENDANT INFORMATION
Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| WALLACE | CLINTON | M |

Street Address: [redacted]
City: [redacted]   State: [redacted]   Zip Code: [redacted]   Date of Birth: [redacted]
Drivers License No.: [redacted]   CDL ☐   D.L. State: NY   Social Security No.: [redacted]

☒ Adult   ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BLK   Eyes: BRO   Height: 600   Weight: 190

### VEHICLE   VIN:   CMV ☐
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | — | — | — | — | — |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 100 S. CLINTON ST SYRACUSE NEW YORK 13202
**Date:** 06/20/2024   **Time:** 0930

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *[signed] Clint Wallace*

Original - CVB Copy

*9779085*